■ In the Matter of SEAN P., a Child Alleged to be Neglected. ONEIDA COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; ELIZABETH P., Appellant. [705 NYS2d 550] —Order unanimously affirmed without costs for reasons stated in decision at Oneida County Family Court, Cook, J. (Appeal from Order of Oneida County Family Court, Cook, J.—Neglect.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.

■ In the Matter of JILL ROULO, Respondent, v ALI AHMED, Appellant. ALLEGANY COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. [705 NYS2d 914] —Order unanimously affirmed without costs (see, Matter of Ozolins [appeal No. 2], 65 AD2d 958). (Appeal from Order of Allegany County Family Court, Feeman, Jr., J.—Support.) Present—Hayes, J. P., Hurlbutt, Scudder and Kehoe, JJ.